UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| JAMES GATES, | ) | Case No.: CV 12-03018 PSG |
|---|---|---|
| Plaintiff, | ) | **ORDER TO SHOW CAUSE** |
| v. | ) | |
| PHILIP HICKENBOTTOM, COUNTY OF MONTEREY, | ) | |
| Defendant. | ) | |

On August 21, 2012, a case management conference was scheduled to be held. None of the parties appeared for it. Accordingly,

IT IS HEREBY ORDERED that no later than September 14, 2012, Plaintiff James Gates is ordered to show cause in writing why the case should not be dismissed for failure to prosecute. Failure to comply with this order may result in dismissal of the action pursuant to Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated:  September 4, 2012

PAUL S. GREWAL
United States Magistrate Judge

Case No.: CV 12-03018 PSG
**ORDER TO SHOW CAUSE**