UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES GATES,            )<br>                              )<br>             Plaintiff,    )<br>                              )<br>     v.                     )<br>                              )<br>PHILIP HICKENBOTTOM, COUNTY OF  )<br>MONTEREY,              )<br>                              )<br>             Defendants.  ) | Case No.: 12-03018 PSG<br><br>**ORDER DISSOLVING ORDER TO SHOW CAUSE** |

The court has received Plaintiff James Gates' written response to the court's September 4, 2012, order to show cause for Plaintiff's failure to appear at a case management conference on August 21, 2012. Plaintiff's counsel has explained that he had problems with the Electronic Case Filing system, and therefore was unable to move for a continuance. Defendants have not yet been served.

The court finds good cause to reset the case management conference. The order to show cause is dissolved. The parties shall appear for a case management conference on November 6, 2012.

**IT IS SO ORDERED.**

Dated: September 14, 2012

*Paul S. Grewal*

PAUL S. GREWAL
United States Magistrate Judge

1

Case No.: 12-80190
ORDER