UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES GATES, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> PHILIP HICKENBOTTOM AND COUNTY OF ) <br> MONTEREY, ) <br> ) <br> Defendants. ) <br> ) | Case No.: 5:12-cv-03018-PSG <br><br> **STANDBY ORDER TO SHOW CAUSE** <br><br> **(Re: Docket No. 51)** |

The docket indicates the parties have agreed to fully settle this case.[1]  Accordingly, IT IS HEREBY ORDERED that the parties shall submit a stipulation to dismiss the case no later than December 9, 2013.

IT IS FURTHER ORDERED that if the parties do not file a stipulation to dismiss the case by the above-listed date, the parties shall appear before the court on Tuesday, December 10, 2013, at 10:00 a.m. to show cause why the case should not be dismissed.

IT IS FURTHER ORDERED that all pending court dates are vacated and all pending motions are DENIED without prejudice to refiling should further proceedings be necessary.

---

[1] *See* Docket No. 51 (indicating the parties agreed to an oral settlement).

1

Case No.: 5:12-cv-03018-PSG
ORDER

IT IS SO ORDERED.

Dated: October 10, 2013

_____
PAUL S. GREWAL
United States Magistrate Judge